# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **THOMAS GORDON**<br><br>   **Plaintiff,**<br><br>**vs.**<br><br>**FAIRFIELD COUNTY COURT OF COMMON PLEAS, et al.**<br><br><br>   **Defendants.** | **CASE NO. 2:25-CV-00466**<br><br>**JUDGE SARAH D. MORRISON**<br><br>**MAGISTRATE JUDGE CHELSEY M. VASCURA** |

### PLAINTIFF'S NOTICE OF ADR PROGRAM PREFERENCE

Now comes Plaintiff Thomas Gordon, by and through undersigned counsels, and hereby give Notice to the Court that Plaintiff's preference is to mediate through this Court's ADR Program.

Respectfully Submitted,


/s/ Michela Huth
MICHELA HUTH
(Reg. No. 0091353)
PO Box 17
Bolivar, OH 44612
Ph:  330-440-4027
Email: michelahuth.esq@gmail.com

/s/ Richard Rosenthal
RICHARD BRUCE ROSENTHAL
(NY Reg. No. 1637677)
*Pro Hac Vice*
545 E. Jericho Turnpike
Huntington Station, New York 11746
(PH) 631-629-8111 or 718-261-0200
(FAX) 631-961-8789 or 718-793-2791
Email: richard@thedoglawyer.com
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

On May 11, 2026 Plaintiff's counsel served a copy of the above Notice upon opposing

counsel by operation of the Court's ECF System.


        /s/ Michela Huth
        MICHELA HUTH