**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| THOMAS GORDON, | : | Case No. 2:25-cv-466 |
| Plaintiff, | : | Judge Sarah D. Morrison |
| | | Magistrate Judge Chelsey M. Vascura |
| v. | : | |
| FAIRFIELD COUNTY, *et al.*, | : | |
| Defendants. | : | |

---

**MOTION TO EXTEND THE CASE SCHEDULE**

---

Now comes Defendant, by and through counsel, and respectfully requests this Court extend the discovery and dispositive motion deadlines by thirty (30) days. Discovery was previously stayed. The parties mediated the remaining issues in this case on June 30, 2026, and said mediation was unsuccessful. Defendant served discovery upon Plaintiff on July 17, 2026, and Plaintiff may require additional time to complete the same. Currently, the discovery deadline is set on August 7, 2026. Defendants request the deadline be extended to September 8, 2026, in an abundance of caution for Plaintiff to respond to written discovery. Defendants also request that the dispositive motion deadline be extended by thirty (30) days from October 9, 2026, to November 9, 2026.

This request is made in good faith and without any intent to cause prejudice or delay. Defendant believes that additional time is necessary for the reasons set forth above. This extension will not impair the Court's ability to adjudicate this matter because no pretrial or trial dates have been scheduled.

1

Respectfully Submitted,

/s/ *Makenzie E. McAfee*
Daniel T. Downey (0063753)
Makenzie E. McAfee (0102798)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
7775 Walton Parkway Suite 200
New Albany, OH  43054
(614) 221-1216 - Telephone
(614) 221-8769 - Facsimile
ddowney@fisheldowney.com
mmcafee@fisheldowney.com
*Counsel for Defendant Fairfield County*
*Commissioners*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing ***Motion to Extend the Case Schedule*** was served, via electronic mail, upon Plaintiff's counsel this 20th day of July 2026.

/s/ *Makenzie E. McAfee*
Makenzie E. McAfee (0102798)
**FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLC**
*Counsel for Defendant Fairfield County*
*Commissioners*

2